# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| CINDY ROBERTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. |
| MURRAY COUNTY SCHOOL | ) |
| DISTRICT and DANNY DUNN in his | ) 4:15-cv-00023-HLM-WEJ |
| individual capacity, | ) |
| | ) |
| Defendant | ) |
| | ) |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to LR 3.3, NDGa., Plaintiff Cindy Roberts ("Plaintiff") files this Certificate of Interested Persons showing the Court as follows:

A. The undersigned counsel of record for the a party to this action certifies, that to the best of her knowledge, the following is a full and complete list of all the parties in this action, including any parent corporation and any publically held corporation that owns 10% or more of the stock of the party:

PLAINTIFF

1. Cindy Roberts

DEFENDANTS

        1. Murray County School District

        2. Danny Dunn

B. The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

        1. Murray County School District

        2. Danny Dunn

C. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties or acting pro se in this proceeding:

Counsel for Plaintiff

        (1) Regina S. Molden, Esq., Molden & Holley, LLC

Counsel for Defendant

(1) UNKNOWN AT THIS TIME

These representations are made to enable the judges of this Court to evaluate possible disqualification or recusal.

Respectfully submitted this 19th day of February 2015.

    /s/ Regina Sledge Molden
Regina Sledge Molden
Georgia Bar No. 515454
Peachtree Center – Harris Tower
Suite 1245
233 Peachtree Street NE
Atlanta, Georgia 30303
Telephone: 404-324-4500
Facsimile: 404-324-4501
Email: rmolden@moldenholley.com
*Attorneys for Plaintiff*

# CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that Plaintiff's Complaint complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the Northern District of Georgia. Counsel hereby states that Plaintiff's Complaint for Damages has been types in Times New Roman 14 font.

Respectfully submitted this 19th day of February 2015.

/s/Regina Molden
Regina S. Molden
Georgia Bar No. 515454