**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **CINDY ROBERTS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civil Action No.** |
| **MURRAY COUNTY SCHOOL** | ) | |
| **DISTRICT and DANNY DUNN in his** | ) | **4:15-cv-00023-HLM-WEJ** |
| **individual capacity,** | ) | |
| | ) | |
| **Defendant** | ) | |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to LR 3.3, NDGa., Plaintiff Cindy Roberts ("Plaintiff") files this Certificate of Interested Persons showing the Court as follows:

A.    The undersigned counsel of record for the a party to this action certifies, that to the best of her knowledge, the following is a full and complete list of all the parties in this action, including any parent corporation and any publically held corporation that owns 10% or more of the stock of the party:

PLAINTIFF

1. Cindy Roberts